HENRY SULLIVAN, Respondent, *v.* THE STATE OF NEW YORK, Appellant. (Claim No. 25228.)

Argued September 29, 1939; decided October 17, 1939.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden, Burns F. Barford* and *James H. Glavin, Jr.,* of counsel), for appellant.

*Theodore A. Knapp* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.